AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Bryon U. Jackson

_____
*Plaintiff*

v.

Credit Suisse Securities LLC

_____
*Defendant*

)
)
)
)
)
)
)

**10** **cv** **2698**

Civil Action No.

**JUDGE SWAIN**

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  3 | 26 | 10
```

PRO SE OFFICE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bryon U. Jackson
145 Clinton PL, Apt # 7a
Hackensack, N.J. 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON
*CLERK OF COURT*

Date: MAR 2 6 2010
_____

Catherine Lapsley
_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Credit Suisse Securities LLC
was received by me on *(date)* 3/26/10 .

☐ I personally served the summons on the individual at *(place)* 11 Madison Ave, Manhattan
NY 10010 on *(date)* 3/26/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 60 for travel and $ ⊗ for services, for a total of $ 60.00 .

I declare under penalty of perjury that this information is true.

Date: 3/26/10

_____
*Server's signature*

Vincent Cannata
_____
*Printed name and title*

15 Cedar Ave Midland NY 11763
_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Bryon U. Jackson

_____
*Plaintiff*

v.

Credit Suisse Securities LLC
_____
*Defendant*

10 cv 2698

Civil Action No.

JUDGE SWAIN

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bryon U. Jackson
1145 Clinton PL, Apt # 7a
Hackensack, N.J. 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. MICHAEL McMAHON
*CLERK OF COURT*

Date: MAR 2 6 2010
_____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                              *Server's signature*

                                      _____
                                              *Printed name and title*

                                      _____
                                              *Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**10   CV   2698**

Bryon U. Jackson
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Credit Suisse Securities LLC

_____

_____

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the space
provided, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of names.
Typically, the company or organization named in your charge
to the Equal Employment Opportunity Commission should be
named as a defendant.  Addresses should not be included here.)*

**RECEIVED**

MAR 26 2010

U.S.D.C. S.D. N.Y.
CASHIERS

**FOR EMPLOYMENT
DISCRIMINATION**

Jury Trial:   ☑ Yes   ☐ No

*(check one)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e
to 2000e-17 (race, color, gender, religion, national origin).
**NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a
Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§
621 - 634.
**NOTE:** *In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file a charge with the Equal Employment Opportunity
Commission.*

_____    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 -
12117.
**NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act,
you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity
Commission.*

_____    New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age,
race, creed, color, national origin, sexual orientation, military status, sex,
disability, predisposing genetic chacteristics, marital status).

_____    New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to
131 (actual or perceived age, race, creed, color, national origin, gender,
disability, marital status, partnership status, sexual orientation, alienage,
citizenship status).

*Rev. 05/2007*                                    1

**I.      Parties in this complaint:**

A.      List your name, address and telephone number.  Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff        Name        Bryon U. Jackson
                 Street Address   145 Clinton Place, Apt. #7A
                 County, City     Bergen   Hackensack
                 State & Zip Code  New Jersey  07601
                 Telephone Number  (201) - 776-4282

B.      List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant        Name        Credit Suisse Securities L.L.C.
                 Street Address   11 Madison Ave
                 County, City     Manhattan, New York
                 State & Zip Code  New York  10010
                 Telephone Number  (212) - 325-2000

C.      The address at which I sought employment or was employed by the defendant(s) is:

                 Employer     Credit Suisse Securities L.L.C.
                 Street Address   11 Madison Ave
                 County, City     Manhattan  New York
                 State & Zip Code  New York  10010
                 Telephone Number  (212) - 325-2000

**II.     Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

         ✓          Failure to hire me.

         _____    Termination of my employment.

         _____    Failure to promote me.

         _____    Failure to accommodate my disability.

         _____    Unequal terms and conditions of my employment.

*Rev. 05/2007*                    2

## I.   Parties in this complaint:

A.   List your name, address and telephone number.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff      Name        Bryon U. Jackson
               Street Address   145 Clinton Place   Apt. # 7A
               County, City   Bergen   Hackensack
               State & Zip Code   New Jersey   07601
               Telephone Number   (201) - 776-4282

B.   List all defendants' names and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant      Name        Credit Suisse Securities L.L.C.
               Street Address   11 Madison Ave
               County, City   Manhattan, New York
               State & Zip Code   New York   10010
               Telephone Number   (212) - 325-2000

C.   The address at which I sought employment or was employed by the defendant(s) is:

               Employer        Credit Suisse Securities L.L.C.
               Street Address   11 Madison Ave
               County, City   Manhattan   New York
               State & Zip Code   New York   10010
               Telephone Number   (212) - 325-2000

## II.   Statement of Claim:

State as briefly as possible the _facts_ of your case, including relevant dates and events.  Describe how you were discriminated against.  If you are pursuing claims under other federal or state statutes, you should include facts to support those claims.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.  The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

_____✓_____          Failure to hire me.

_____          Termination of my employment.

_____          Failure to promote me.

_____          Failure to accommodate my disability.

_____          Unequal terms and conditions of my employment.

*Rev. 05/2007*                                    2

_____   Retaliation.

_____   Other acts *(specify)*: _____

**Note:**   *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

B.   It is my best recollection that the alleged discriminatory acts occurred on: January 28ᵗʰ 2009
                                                                                            *Date(s)*

C.   I believe that defendant(s) *(check one)*:

_____   is still committing these acts against me.

___✓___   is not still committing these acts against me.

D.   Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

☐   race   _____            ☐   color   _____

☐   gender/sex   _____        ☐   religion _____

☒   national origin   Jamaican

☐   age.   My date of birth is _____   *(Give your date of birth only if you are asserting a claim of age discrimination.)*

☐   disability or perceived disability, _____   *(specify)*

E.   The facts of my case are as follow *(attach additional sheets as necessary)*:

In January 2009 I applied for a position at Credit Suisse entitled Private Banking Ops Specialist Managed Accounts. On January 22, 2009 I was contacted by Allison Egan in HR for an interview on January 28, 2009. During the interview I met with Allison Egan and a Sr. Manager who thought I was a perfect match for the job. I met with a third person, Mr. Ward who would be my supervisor if I had been hired. During the interview with Mr. Ward he asked me three times my National Origin. After the third time I felt threatened so I told him. He replied and said "He worked with a Jamaican before and they did not get along. Mr. Ward then told me the National Origin breakdown of his team, ended the interview then escorted me to the door.

**Note:**   *As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.*

## III.   **Exhaustion of Federal Administrative Remedies**:

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: _____February 17ᵗʰ, 2009_____   *(Date)*.

B.      The Equal Employment Opportunity Commission *(check one)*:

_____       has not issued a Notice of Right to Sue letter.

___✓___       issued a Notice of Right to Sue letter, which I received on 3|25|10   *(Date)*.

> **Note:** *Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.      Only litigants alleging age discrimination must answer this Question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

_____       60 days or more have elapsed.

_____       less than 60 days have elapsed.

## IV.   Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: 4 years Front pay = $340,000; Punitive Damages for engaging in intentional discrimination with Malice or reckless indifference = $10,000,000 and Compensatory damages for emotional distress, pain and suffering = $300,000 Total = $10,640,000.00
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 26 day of March , 2010

Signature of Plaintiff       B Jackson

Address       145 Clinton Place   Apt #7A
              Hackensack, N.J. 07601

Telephone Number       (201) - 776 - 4282

Fax Number *(if you have one)*

*Rev. 05/2007*                 4

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To:　**Bryon Jackson**
　　　**145 Clinton Place**
　　　**Apt. 7-A**
　　　**Hackensack, NJ 07601**

From:　**New York District Office**
　　　　**33 Whitehall Street**
　　　　**5th Floor**
　　　　**New York, NY 10004**

[ ]　*On behalf of person(s) aggrieved whose identity is*
　　　*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **520-2009-01836** | **Charles K. Diamond,** Investigator | **(212) 336-3771** |

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]　More than 180 days have passed since the filing of this charge.

[ ]　Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]　The EEOC is terminating its processing of this charge.

[ ]　The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ]　The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]　The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Spencer H. Lewis, Jr.*　　　　　　03/23/2010

**Spencer H. Lewis, Jr.**
**Director**

(Date Mailed)

Enclosures(s)

cc:　**CREDIT SUISSE SECURITIES LLC**
　　　**Director, Human Resources**
　　　**11 Madison Avenue**
　　　**New York, NY 10010**

　　　**Brian Schaffer**
　　　**1250 Broadway, Suite 3701**
　　　**New York, NY 10001**

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS     --     **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office. If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

PRIVATE SUIT RIGHTS     --     **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than 2 years (3 years)** before you file suit may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 – *not* 12/1/10 – in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION     --     **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE     --     **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
---------------------------------------------------------X
**BRYON U. JACKSON,**

<u>E.E.O.C. No.</u>

**Complainant,**

-against-                                                   <u>AFFIDAVIT</u>

**CREDIT SUISSE SECURITIES (USA) LLC,**

**Respondent**
---------------------------------------------------------X

State of New York          :
                           : ss
County of New York         :

I, BRYON U. JACKSON, being first duly sworn upon oath, depose and swear the following:

1. My name is Bryon U. Jackson and I reside at 145 Clinton Place, Apt. 7A, Hackensack, New Jersey, 07601.

2. I am a male with a date of birth of July 17, 1966. I am 42 years-old. I was born in Jamaica and moved to the United States when I was 26 years-old. I am a United States Citizen.

3. I am bringing this claim against Credit Suisse for failing to hire me based upon my National Origin.

4. Upon information and belief, Credit Suisse maintains an office at 11 Madison Avenue, New York, New York 10010, where they employ well over fifteen employees.

5. I have been working for major financial institutions since 1998 and I am qualified for the position of Private Banking Operations Specialist-Managed Accounts.

6. In January 2009, I applied online for a position at Credit Suisse entitled Private Banking Operations Specialist-Managed Accounts.

7. On January 22, 2009, I was contacted by Allison Egan, an employee of Credit Suisse regarding my availability for an interview. Ms. Egan expressed that she was looking forward to meeting with me because I appeared to be a qualified candidate. Ms. Egan asked if I had passed the Series 7 and 63 tests. I indicated that I had not yet taken those tests. Ms. Egan indicated that was okay and both tests must be taken within ninety days after starting with the firm.

8. On January 28, 2009 at 11:00 a.m., I arrived at Credit Suisse for the interview.

9. I first met with Ms. Egan for approximately fifteen minutes. I believe it was a positive meeting. Ms. Egan stated she would speak with me after I met with two other Managers.

10. After meeting with Ms. Egan, I met with a Senior Manager (whose name I cannot recall) for half an hour. The meeting was very positive, with the interviewer saying things such as, "I think you are perfect for the job, a perfect match" and "How soon can you start?"

11. After the second meeting, I met with Patrick Ward, the Manager of the group. Upon information and belief, Mr. Ward would have been my supervisor if I had been hired.

12. Initially Mr. Ward asked me to detail my relevant experience in the industry, which I did. Only a few minutes into the interview, Mr. Ward surprised me by asking, "Where are you from?" I was taken aback by this question and decided not to answer, choosing to talk more about my work experience. Once again, Mr. Ward again asked, "Where are you from?" After I did not answer his direct question, Mr. Ward then told me my previous experience is right on point with what I would be doing for Credit Suisse.

2

13. At this point, Mr. Ward pressed me for a response and asked for a third time, "Where are you from?" I felt there was no choice but to answer. I explained to Mr. Ward that I was born in Jamaica and came to the United States when I was 26 years-old. Mr. Ward responded by saying, "I have worked with some people from Jamaica before. The team is very diverse and I am looking for a good mix. I have had experiences where people in the team did not get along because where they are from. I am from Barbados and another person is from Haiti. I have worked with people from your island (referring to Jamaica) and we just did not get along."

14. After his lengthy speech regarding not getting along with people from my country, Mr. Ward began glancing at his watch. I was at a loss for words. Immediately thereafter, Mr. Ward abruptly ended the interview by showing me to the door.

15. I left the building without speaking to Allison Egan.

16. On February 4, 2009, I received a telephone call from Ms. Egan, claiming that even though I was well qualified for the position, Credit Suisse hired two individuals whom Mr. Ward has worked with in the past and who he thinks he can work well with going forward.

17. Upon information and belief, as of February 10, 2009, Credit Suisse is still seeking individuals for the same position at the same location.

18. In sum, I have been subjected to discrimination based on my national origin, by Credit Suisse's failure to hire me based on me being from the country of Jamaica. I cannot speculate as to Mr. Ward's reasons for not wanting to work with someone from Jamaica. However, I fully believe this is the reason I was not hired. I was perfectly qualified for the position and had two very positive interviews, prior to meeting with Mr. Ward.

19. The company has discriminated me with respect to the terms and conditions and other privileges and benefits of employment because of my national origin in violation of federal, state and city laws.  I have also suffered greatly as a result of the company's conduct, including without limitation, on a financial and emotional level.  My reputation has also been tarnished due to the company's conduct.

20. This affidavit consists of four pages.

_____

BRYON U. JACKSON

On February ___11___ 2009, before me personally came Bryon U. Jackson, known by me to be the individual described in and who executed this affidavit.

_____

NOTARY PUBLIC

Christina M. Quiles
Notary Public, State of New York
No.01QU6183951
Qualified in Kings County
Commission Expires April 28th, 2012 .

4