UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BRYON U. JACKSON,

          Plaintiff,

    -against-

Credit Suisse Securities LLC,

          Defendant.
------------------------------------------------------------X

ORDER

10 Civ. 2698 (LTS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    A pretrial conference was held with counsel to the respective parties on May 10, 2010. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. all discovery, of whatever nature, shall be initiated so as to be completed on or before November 19, 2010;

2. a telephonic status conference will be held with the parties on October 18, 2010, at 2:00 p.m. Counsel to the plaintiff shall initiate the telephonic conference on that date;

3. on or before May 21, 2010, the parties shall submit a proposed protective order to the Court for its review and endorsement;

4. on or before December 17, 2010, any dispositive motion shall be served and filed. A response and reply to any such motion should be served and filed in accordance with the time frame outlined in Local Civil Rule 6.1 of this court; and

5.     the parties shall appear before the assigned district judge in Courtroom 11C, on February 18, 2011, at 11:00 a.m., for a final pretrial conference.

Dated: New York, New York  
       May 10, 2010

SO ORDERED:

*/s/ Kevin Nathaniel Fox*  
KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

David Abrams, Esq.  
Nicholas Hall De Baun, Esq.